# United States District Court

**Southern DISTRICT OF California**

FILED 2008 AUG 29 PM 4:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___KNH___ DEPUTY

| In the Matter of the Search of (Name, address or brief description of person or property to be searched) | |
|---|---|
| Parcel #4 lists the following information: tracking # 0308-1400-0002-1999-8299; is addressed to Mr. James Owen, 4804 Becon St., Orlando, FL 32808; it lists the return information of Mrs. Kelly Owen, 4063 La Mesa Blvd. #4, La Mesa, CA 91941. | **SEARCH WARRANT** <br><br> CASE NUMBER: **'08 MJ 2671** |

TO: Ana L. Flores, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Ana L. Flores** *Affiant* who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Parcel #4 lists the following information: tracking # 0308-1400-0002-1999-8299; is addressed to Mr. James Owen, 4804 Becon St., Orlando, FL 32808; it lists the return information of Mrs. Kelly Owen, 4063 La Mesa Blvd. #4, La Mesa, CA 91941 which is in the custody of the U.S. Postal Inspection Service

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **8/31/08**
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to **BARBARA L. MAJOR**
as required by law. **U.S. MAGISTRATE JUDGE**

**8/22/08 at 1:20 pm**   at   San Diego, CA
Date and Time Issued              City and State

**BARBARA L. MAJOR**
Name and Title of **U.S. MAGISTRATE JUDGE** U.S. Magistrate Judge   Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 8-22-08 | DATE AND TIME WARRANT EXECUTED 8-22-08  1:55pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |
| INVENTORY MADE IN THE PRESENCE OF US Postal Inspectors A Flores and K Cain |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Delivery confirmation Parcel # 0308-1400-0002-1999-8299 white Ready Post Box with taped and glued seams, styrofoam lining. Box contained packing peanuts and a green leafy substance wrapped in layers of green plastic wrap and black plastic wrap and newspaper. The green leafy substance tested positive for marijuana which weighed approximately 7,469.6 grams.

*[signature] 8/22/08*

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature] W McCurine Jr.*    8/29/08
U.S. Judge                       Date